# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DENNIS RUMPEL, et al.,

                Plaintiffs,

        v.                            Case No. 07-CV-34

TRI-CITY NATIONAL BANK,

                Defendants.

## ORDER RETURNING CASE

On June 14, 2007, a mediation/settlement conference was conducted in this action. The mediation/settlement conference resulted in resolution of plaintiff's individual claims.

Accordingly, this action is referred back to the Honorable Charles N. Clevert, Jr. for entry of an appropriate order of dismissal after the parties finalize settlement documents.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>14th</u> day of June, 2007.

                            BY THE COURT:

                            <u>s/AARON E. GOODSTEIN</u>
                            United States Magistrate Judge